UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL MAURICE DUKES,<br><br>             Plaintiff,<br><br>     v.<br><br>TAMMY SOTO; JOHN PEARCE,<br><br>             Defendants. | Case No.  1:21-cv-01570-NONE-HBK<br><br>ORDER RESCINDING FINDINGS AND RECOMMENDATIONS AND DENYING AS MOOT PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos.  2, 7) |

Plaintiff Darnell Maurice Dukes initiated this action as a prisoner proceeding *pro se* by filing a complaint under 42 U.S.C. § 1983 on October 25, 2021.  (Doc. No. 1).  Plaintiff sought leave to proceed *in forma pauperis*.  (Doc. No. 2, "IFP Motion).  On December 9, 2021, the undersigned issued Findings and Recommendations to the district court.  (Doc. No. 7).  Therein, the undersigned recommended that Plaintiff be denied IFP status because he is a three-striker under 42 U.S.C. § 1915(g) and that his action be dismissed if he does not pay the $402 filing within a specified time.  (*Id*. at 7:20-21).  On December 21, 2021 and within the objection period to the Findings and Recommendations, Plaintiff paid the full filing fee.  (Receipt No. CAE100049696).  Thus, the recommendations in the Findings and Recommendations and Plaintiff's IFP motion are moot.  A screening order on Plaintiff's complaint will issue in due course.

Accordingly, it is **ORDERED**:

1. The December 9, 2021 Findings and Recommendations (Doc. No. 7) are RESCINDED.

2. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is **denied as moot**.

Dated:  January 5, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2