**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARNELL DUKES,<br><br>    Plaintiff,<br><br>    v.<br><br>TAMMY SOTO and JOHN PEARCE,<br><br>    Defendants. | No. 1:21-cv-1570 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION<br><br>(Doc. 12) |

Darnell Dukes seeks to hold the defendants liable for deliberate indifference to his serious medical need in violation of the Eighth Amendment. (*See* Doc. 11.) The magistrate judge found Plaintiff failed to state a cognizable claim, and further leave to amend would be futile. (Doc. 12 at 5-9.) Therefore, the magistrate judge recommended the action be dismissed without leave to amend. (*Id.* at 10.) The Court served the Findings and Recommendations on Plaintiff on the same date, and it notified him that any objections must be filed within 14 days. (*Id.*) The Court also informed him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Plaintiff did not file objections and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and

1

Recommendation are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations filed on July 28, 2023 (Doc. 12) are **ADOPTED** in full.
2. Plaintiff's First Amended Complaint is **DISMISSED** without leave to amend.
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **September 6, 2023**

UNITED STATES DISTRICT JUDGE